1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.                    JS-6
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA

9

10  J & J SPORTS PRODUCTIONS,          CASE NO. 8:14-cv-01444-WDK-PLA
    INC.,
11
                  Plaintiff,           ORDER GRANTING
12                                     STIPULATED JUDGMENT

13               vs.

14  ROSA SANCHEZ,
                  Defendant.
15

16

17

18         TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR

19  ATTORNEY/S OF RECORD:

20

21      By and through their counsel, the Parties to the above-entitled action hereby

22  stipulate and respectfully request that judgment in the amount of Thirty Thousand

23  Dollars ($30,000.00) inclusive of attorneys' fees and costs be entered in favor of

24  Plaintiff J & J SPORTS PRODUCTIONS, INC., and against ROSA SANCHEZ,

25  individually and d/b/a LA RANCHERA TAQUERIA TORTILLERIA.  However, if

26  Defendant makes payment according to the Release entered in by the Parties to resolve

27  this Lawsuit, this Judgment is deemed Satisfied in Full.

28  ///

STIPULATED JUDGMENT
CASE NO. 8:14-cv-01444-WDK-PLA

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____          Dated: February 18, 2015

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

**STIPULATED JUDGMENT**
**CASE NO. 8:14-cv-01444-WDK-PLA**